UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00504-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JOSE ARMANDO PARRA-AGUILAR, a/k/a Armando Jose Parra,

    Defendant.

## ORDER

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Friday, January 15, 2010,** and responses to these motions shall be filed by **Friday, January 22, 2010.**  It is

FURTHER ORDERED that a hearing on all pending motions, if necessary, and final trial preparation conference will be set at a later date.  It is

FURTHER ORDERED that a 3-day jury trial is set for **Monday, February 8, 2010, at 9:00 a.m. in courtroom A-1002.**

Dated:  January 4, 2010

                        BY THE COURT:

                        s/ Wiley Y. Daniel
                        Wiley Y. Daniel
                        Chief United States District Judge