UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00504-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  JOSE ARMANDO PARRA-AGUILAR, a/k/a Armando Jose Parra,

      Defendant.

## MINUTE ORDER

ORDERED ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      Defendant Jose Armando Parra-Aguilar filed a Notice of Disposition on January 12, 2010.  The three-day trial set to begin on February 8, 2010 at 9:00 a.m. is hereby **VACATED.**  A Change of Plea hearing is set for **Friday, February 12, 2010 at 2:00 pm in courtroom A1002. Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**  If the documents are not timely submitted, the hearing will be **VACATED**.  **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

      Dated: January 12, 2010