UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00504-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  JOSE ARMANDO PARRA-AGUILAR, a/k/a Armando Jose Parra,

      Defendant.

## MINUTE ORDER

ORDERED ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      A Change of Plea Hearing is set for **Wednesday, March 3, 2010 at 4:00 p.m.**

      **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than <u>72 HOURS</u> before the hearing date.** If the documents are not timely submitted, the hearing will be **VACATED**. **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

      Dated: February 12, 2010